

OFFICE OF THE ATTORNEY GENERAL
CONNECTICUT

The Honorable Catherine O'Hagan Wolfe
Clerk
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re: Hartford Courant v. Carroll, No. 20-2744

September 8, 2020

Dear Ms. Wolfe,

    I write pursuant to Local Rule 31.2(a)(1)(A) to advise the Court that the appellants in this matter will file their brief on or before November 25, 2020.

    Sincerely,

    */s/ Alma Rose Nunley*

    Alma Rose Nunley
    Assistant Attorney General
    Juris No. ct30610
    Ph:860-808-5020
    Fax:860-808-5347
    Email:Alma.Nunley@ct.gov

cc: Counsel of Record via ECF